Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARR INVESTMENT, INC. | CASE NO. 2:09-CV-07659 CAS |
| Plaintiff, | ORDER DISMISSING CASE |
| vs. | |
| EVERGREEN MARINE CORPORATION (California) LTD, a corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

UPON CONSIDERATION of the Stipulation re: Dismissal of Entire Action and finding sufficient cause appearing therefore:

IT IS SO ORDERED.

Dated: 10/28/10

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE